# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN PEREZ-PEREZ,<br><br>                              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 23-cv-2071-BAS-DEB<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE AND DIRECTING CLERK TO CLOSE CASE** |

   In 2021, in his criminal case, Mr. Perez-Perez wrote a series of letters to the Court requesting reconsideration of his sentence. (No. 16-cr-1008-BAS-1, ECF Nos. 164, 166, 168.) Specifically, Mr. Perez-Perez asked the Court to order that he be given credit toward his federal sentence for time served in state custody. (*Id.*) The Court denied the request. (*Id.*, ECF No. 174.) To the extent Mr. Perez-Perez was requesting modification of his sentence under 28 U.S.C. § 2255, the time for such filing had expired.

   Since Defendant was requesting that he be given credit for the time spent in state custody, the Court found this could be construed as a challenge to the manner in which the Bureau of Prisons is carrying out Defendant's sentence under 28 U.S.C. § 2241. Such challenges to the manner of a sentence's execution must be brought in the custodial court. *Hernandez v. Campbell*, 204 F.3d 861, 864–65 (9th Cir. 2000). At the time, Mr. Perez-Perez was being housed at FCI Lompoc, so the Court denied the request without prejudice

and directed Mr. Perez-Perez to file any such request in the Central District of California. (No. 16-cr-1008-BAS-1, ECF No. 174.)

Now, two years later, Mr. Perez-Perez files an identical request back here in the Southern District of California, couched as a habeas petition pursuant to 28 U.S.C. § 2241. Although it appears Mr. Perez-Perez has been moved to a different institution, the new institution in Adelanto, California, is still in the Central District of California.

Therefore, for the same reasons the Court denied the request two years ago in Case No. 16-cr-1008-BAS-1, the Court **DENIES** the habeas petition without prejudice and directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: November 16, 2023**

Hon. Cynthia Bashant
United States District Judge